**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7063**

BARKLEY GARDNER,

                    Petitioner - Appellant,

          v.

TROY WILLIAMSON; U.S. BUREAU OF PRISONS,

                    Respondents - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard,
Senior District Judge.  (4:95-cr-00041-H-8; 5:08-CV-02050-h)

Submitted:  August 16, 2012          Decided:  August 21, 2012

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Barkley Gardner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barkley Gardner appeals the district court's orders denying his motion under Fed. R. Civ. P. 60(b) and his motion under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gardner v. Williamson, Nos. 4:95-cr-00041-H-8; 5:08-cv-02050-H (E.D.N.C., Oct. 13, 2011; June 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2